# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

KATHLEEN KIBLER,

      Plaintiff,

vs.                                 No. 1:17-CV-00486 KK/SCY

GENUINE PARTS COMPANY d/b/a NAPA, or as
NAPA AUTO PARTS, MARTIN VALENTI and
MICAH KESSLER,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER came before the Court upon Narvaez Law Firm, P.A.'s Unopposed Motion for Withdrawal and Substitution of Counsel. The Motion being unopposed by the parties represented by Narvaez Law Firm, P.A., and the Court having reviewed the Motion and being otherwise fully advised in the premises, find that the Motion is well-taken and shall be GRANTED.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Narvaez Law Firm, P.A.'s Unopposed Motion for Withdrawal and Substitution of Counsel be, and hereby is, GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Narvaez Law Firm, P.A. is deemed to have WITHDRAWN as counsel of record for Defendants Genuine Parts Company d/b/a Napa or as Napa Auto Parts, Martin Valenti and Micah Kessler (hereinafter collectively referred to as "Defendants") in the above-styled cause.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Quiñones Law Firm (Carlos M. Quiñones, Esq.) is SUBSTITUTED as Counsel of Record for Defendants in the

above-styled cause, with non-member attorneys of record for Defendants who have complied with D.N.M. LR-Civ. 83.3, Martenson, Hasbrouck & Simon, LLP (Patricia E. Simon, Esq., *pro hac vice* submitted, and Lisa M. Szafranic, Esq., *pro hac vice* submitted) continuing in this matter associated with Carlos M. Quiñones, Esq.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
**NARVAEZ LAW FIRM, P.A.**
*/s/ Henry F. Narvaez*
Henry F. Narvaez, Esq.
Michael B. Calderon, Esq.
P.O. Box 25967
Albuquerque, NM 87125-0967
(505) 248-0500
(505) 247-1344 (fax)

**MARTENSON, HASBROUCK & SIMON, LLP**
Patricia E. Simon, Esq. (*pro hac vice* submitted)
Georgia Bar No. 618233
Lisa M. Szafranic, Esq. (*pro hac vice* submitted)
Georgia Bar No. 532495
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Tel: (404) 909-8100
Fax: (404) 909-8120
*Attorneys for Defendants Genuine Parts Company, Martin Valenti and Micah Kessler*

**APPROVED:**
**QUIÑONES LAW FIRM**
Electronically Approved  5/24/17
Carlos M. Quiñones, Esq.
1532 B Paseo de Peralta
Santa Fe, NM 87501
(505) 992-1515
(505) 992-1714 (fax)

**VALDEZ AND WHITE LAW FIRM, LLC**
Telephonic Approval 5/24/17
Timothy L. White, Esq.
P.O. Box 25646
Albuquerque, NM 87125
*Attorneys for Plaintiff Kathleen Kibler*